UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 1 2 2016

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO.: |
| | § | |
| SYED KALEEM RAZVI, | § | 16 CR 0192 |
| Defendant. | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

**(Threat by Interstate Communication)**

On or about June 8, 2015, in the Southern District of Texas, the defendant, SYED KALEEM RAZVI, did knowingly and willfully transmit in interstate commerce, an email communication to the Texas Attorney General's Office, Child Support Division, as well as various employees with other State of Texas agencies with the subject line "Tell Atty General of Texas this." The communication threatened the Attorney General of Texas, as well as all those emailed by threatening "to get up in arms against you all," and by wishing "God burn your houses and burn the bodies of your own children and yourself." The email also demanded that the Attorney General of Texas return his money or "FACE TERRORISM."

All of the above is in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL.

Original Signature on File
FOREPERSON OF THE GRAND JURY

**KENNETH MAGIDSON**
**United States Attorney**
**Southern District of Texas**

By: _____
　　RALPH E. IMPERATO
　　Assistant United States Attorney

By: _____
　　ALAMDAR S. HAMDANI
　　Assistant United States Attorney